# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                          Case No. 09-46110

    TYRONE PULLUM

    Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/04/2009.

2) The plan was confirmed on 02/04/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 01/20/2015.

6) Number of months from filing to last payment: 51.

7) Number of months case was pending: 62.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,458.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $15,274.64 | |
| Less amount refunded to debtor | $8.08 | |
| **NET RECEIPTS:** | | **$15,266.56** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $782.06 | |
| Other | $14.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,296.06** |

Attorney fees paid and disclosed by debtor:          $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | Unsecured | 3,103.00 | 3,028.56 | 3,028.56 | 189.01 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | NA | 356.34 | 356.34 | 15.71 | 0.00 |
| BIEHL & BIEHL | Unsecured | 32.25 | NA | NA | 0.00 | 0.00 |
| CAPITAL MANAGEMENT SERVICES | Unsecured | 303.15 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 2,616.32 | NA | NA | 0.00 | 0.00 |
| CHARTER ONE | Unsecured | 621.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION | Unsecured | 425.50 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY DEPT OF REVENUE | Priority | 45.90 | 45.56 | 45.56 | 0.00 | 0.00 |
| CRANDON EMERGENCY PHYS | Unsecured | 414.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 428.82 | NA | NA | 0.00 | 0.00 |
| FIRST CASH ADVANCE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL COLLECTION BUR | Unsecured | 1,338.78 | NA | NA | 0.00 | 0.00 |
| FIRST RATE FINANCIAL | Unsecured | 754.00 | NA | NA | 0.00 | 0.00 |
| GENESIS FINANCIAL & PYMT SYS | Unsecured | 1,900.00 | 1,126.61 | 1,126.61 | 70.32 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | 1,225.00 | 1,225.00 | 1,225.00 | 76.45 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 196.15 | NA | NA | 0.00 | 0.00 |
| ICS | Unsecured | 194.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 2,280.00 | 102.17 | 102.17 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | NA | 858.56 | 858.56 | 573.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,472.57 | 8,737.98 | 8,737.98 | 8,737.98 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,435.06 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 216.94 | 216.94 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 621.00 | 621.15 | 621.15 | 34.23 | 0.00 |
| NORTHWEST PREMIUM SERVICES | Unsecured | 120.79 | NA | NA | 0.00 | 0.00 |
| OMNIUM WORLDWIDE | Unsecured | 113.99 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 924.00 | NA | NA | 0.00 | 0.00 |
| SOUTH SHORE HOSPITAL | Unsecured | 688.00 | NA | NA | 0.00 | 0.00 |
| SOUTH SHORE HOSPITAL | Unsecured | 227.00 | NA | NA | 0.00 | 0.00 |
| SOUTH SHORE HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SOUTH SHORE HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SOUTH SHORE HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SOUTH SHORE HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 373.00 | 173.35 | 173.35 | 0.00 | 0.00 |
| TRIBUTE | Unsecured | 582.79 | NA | NA | 0.00 | 0.00 |
| TRUSTMARK RECOVERY SVC | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL SPECIAL AUTO FINANCI | Unsecured | 16,152.00 | 20,410.30 | 20,410.30 | 1,273.80 | 0.00 |
| UNIVERSITY OF CHICAGO | Unsecured | 108.80 | NA | NA | 0.00 | 0.00 |
| UPTOWN CASH | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 13,250.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL CORP | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $9,642.10 | $9,310.98 | $0.00 |
| **TOTAL PRIORITY**: | **$9,642.10** | **$9,310.98** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$27,260.42** | **$1,659.52** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $4,296.06 |
| Disbursements to Creditors | $10,970.50 |
| **TOTAL DISBURSEMENTS** : | **$15,266.56** |

**UST Form 101-13-FR-S (09/01/2009)**

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/10/2015                     By: /s/ Tom Vaughn

                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**